# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PETIT, KRISTINA PETIT, GAYLE MARIE PETIT, and EDWARD J. PETIT,** | : : : : | CIVIL ACTION NO. 1:18-CV-187 <br><br> (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **PENSKE TRUCK LEASING CORPORATION**, *et al.*, | : : : | |
| **Defendants** | : : | |

## **ORDER**

AND NOW, this 6th day of March, 2018, upon consideration of the motion (Doc. 33) to stay the case and for extension of deadlines by defendants Old Dominion Freight Line and Danny Fantom, and the court observing that all parties concur in the motion, it is hereby ORDERED that:

1. The motion (Doc. 33) to stay the above-captioned case is GRANTED. This matter is STAYED until **Friday, April 27, 2018**. This stay shall not prevent any party from responding to the complaint or any crossclaims or counterclaims, or from filing Rule 7.1 disclosures.

2. As soon as practicable, the parties shall file a joint status report apprising the court of the following: (1) whether a motion for consolidation of discovery in the related Middle District of Pennsylvania actions arising out of the February 13, 2016 motor vehicle accident will be filed, and (2) whether the stay imposed herein should be lifted.

                                            /S/ CHRISTOPHER C. CONNER
                                            Christopher C. Conner, Chief Judge
                                            United States District Court
                                            Middle District of Pennsylvania