# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PETIT, KRISTINA PETIT, GAYLE MARIE PETIT, and EDWARD J. PETIT,** | : : : : | CIVIL ACTION NO. 1:18-CV-187 (Chief Judge Conner) |
| **Plaintiffs** | : : | |
| v. | : : | |
| **PENSKE TRUCK LEASING CORPORATION**, *et al.*, | : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 3rd day of December, 2018, upon consideration of the motion (Doc. 73) to dismiss the complaint by defendants New Prime, Inc. and Kristyn Mitchell (collectively, the "New Prime defendants"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The New Prime defendants' motion (Doc. 73) to dismiss is GRANTED.

2. Plaintiffs are granted leave to amend their pleading within twenty (20) days of the date of this order. In the absence of a timely-filed amended complaint, the Clerk of Court shall terminate defendant New Prime, Inc. and defendant Kristyn Mitchell as parties to the above-captioned action.

3. All defendants shall respond to a timely-filed amended complaint in accordance with the Federal Rules of Civil Procedure.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
