# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL PETIT**, *et al.*, | : | CIVIL ACTION NO. 1:18-CV-187 |
| **Plaintiffs** | : | (Chief Judge Conner) |
| v. | : | |
| **PENSKE TRUCK LEASING CORPORATION**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of April, 2019, upon consideration of the motions (Docs. 148, 153) to dismiss the amended complaint by defendants U.S. Xpress, Inc. and Daimler Trust (collectively, the "moving defendants"), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The moving defendants' motions (Docs. 148, 153) to dismiss are DENIED.

2. The moving defendants shall respond to plaintiffs' amended complaint (Doc. 140) in accordance with the Federal Rules of Civil Procedure.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania